1  Jack P. Burden, Esq.
   Nevada State Bar No. 6918
2  Lisa Szyc, Esq.
   Nevada State Bar No. 11726
3  Dallin Knecht, Esq.
   Nevada State Bar No. 16263
4  **BACKUS | BURDEN**
5  3050 South Durango Drive
   Las Vegas, NV 89117
6  T: (702) 872-5555
   F: (702) 872-5545
7  jburden@backuslaw.com
8  lisaszyc@backuslaw.com
   dallinknecht@backuslaw.com
9  Attorneys for Defendant
   Best Buy Stores, LP
10

**BACKUS | BURDEN**
**3050 SOUTH DURANGO**
**LAS VEGAS, NEVADA 89117**
**TELE: (702) 872-5555   FAX: (702) 872-5545**

11                    **UNITED STATES DISTRICT COURT**

12                         **DISTRICT OF NEVADA**

13  ALICE PRECIADO, an Individual,          )
                                            )        **NOTICE OF REMOVAL**
14                            Plaintiff,    )
                                            )
15        vs.                               )
                                            )
16  BEST BUY STORES, L.P., a foreign        )
    limited partnership; Best Buy Co., Inc. )
17  dba Best Buy, a foreign corporation;    )
    DOES I through X, inclusive; ROE        )
18  BUSINESS ENTITIES XI through XX,        )
    inclusive.,                             )
19                            Defendants.   )
                                            )
20  _____ )

21                      **NOTICE OF REMOVAL**

22        Defendants Best Buy Stores, LP, and Best Buy Co., Inc., ("*Defendants*" or "*Best Buy*"), by

23  and through their counsel of record, Jack P. Burden, Esq., Lisa Szyc, Esq., and Dallin Knecht,

24  Esq., hereby file this instant notice of removal of this action to the United States District Court for

25  the District of Nevada, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, and in support thereof,

26  state as follows:

27  . . .

28  . . .

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BACKUS | BURDEN
3050 SOUTH DURANGO
LAS VEGAS, NEVADA 89117
TELE: (702) 872-5555    FAX: (702) 872-5545

## I.  FACTUAL AND PROCEDURAL HISTORY

1.  Plaintiff is and was a resident of the State of Nevada at all relevant times pertaining to this action and is therefore a citizen of Nevada for purposes of diversity. *See* Complaint, at ¶ 1, attached hereto as Exhibit A.

2.  Defendant Best Buy Stores, LP is a foreign limited partnership with one General Partner who is domiciled in Minnesota. Best Buy Stores, LP is a citizen of Minnesota for the purposes of diversity.

3.  Defendant Best Buy Co., Inc., is a company organized, existing, and doing business under and by virtue of the laws of the State of Delaware, with its headquarters and principal place of business in the State of Minnesota. Best Buy Co., Inc., is a citizen of Delaware and Minnesota for the purposes of diversity.

4.  Plaintiff's Complaint was filed in the Eighth Judicial District Court in and for Clark County, Nevada on January 6, 2023. *See* Exhibit A.

5.  The Summons and Complaint were served on Defendants on April 26, 2023. *See* Affidavit of Service, attached as Exhibit B.

6.  Plaintiff brings causes of action for (1) Negligence, (2) Vicarious Liability, (3) Negligent Hiring, Training, Retention, and Supervision, (4) and Negligent Inspection/Maintenance. *See generally*, Exhibit A.

7.  Plaintiff alleges that she tripped over a sign on Defendant's premises. *See* Exhibit A, at ¶ 9.

8.  Plaintiff seeks compensation for past medical specials in a sum of $60,590.21. Plaintiff seeks compensation for general damages in excess of $50,000. *See* Plaintiff's Request for Exemption from Arbitration, attached hereto as Exhibit C.

## II.  DIVERSITY JURISDICTION

9.  Pursuant to 28 U.S.C. § 1332(a), a federal district court "shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000" and the controversy is between "citizens of different states." *See* 28 U.S.C. § 1332(a).

2

10. Pursuant to 28 U.S.C. § 1332(a), this case may be removed to the United States District Court for the District of Nevada because there is complete diversity of citizenship between the parties and the amount in controversy exceeds $75,000.

11. There is complete diversity of citizenship in this matter as Plaintiff is a citizen of Nevada, and Defendants are citizens of Delaware and Minnesota.

12. Further, the requisite amount in controversy under 28 U.S.C. § 1332(a) is satisfied, as Plaintiff has claimed damages in excess of $100,000, as set forth in her Request for Exemption from Arbitration. *See* Exhibit D.

13. Accordingly, this Court has jurisdiction pursuant to 28 U.S.C. § 1332(a).

14. Defendants respectfully request that this matter be removed to the United States District Court for the District of Nevada.

### III.    THE PROCEDURAL REQUIREMENTS FOR REMOVAL ARE SATISFIED

15. 28 U.S.C. § 1446(b)(1) states: "The notice of removal of a civil action or proceeding shall be filed within 30 days after the receipt by defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based, or within 30 days after the service of summons upon the defendant if such initial pleading has then been filed in court and is not required to be served on the defendant, whichever period is shorter."

16. 28 U.S.C. § 1446(b)(3) states: Except as provided in subsection (c), if the case stated by the initial pleading is not removable, a notice of removal may be filed within thirty days after receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order, or other paper from which it may first be ascertained that the case is one which is or

BACKUS | BURDEN
3050 SOUTH DURANGO
LAS VEGAS, NEVADA 89117
TELE: (702) 872-5555   FAX: (702) 872-5545

has become removable.

17. This instant notice of removal is timely in that it is filed within 30 days of service of Plaintiff's Request for Exemption from Arbitration. Plaintiff's Request for Exemption from Arbitration was filed on November 14, 2023. *See* Exhibit C.

18. This Court has jurisdiction over the subject matter of this action, pursuant to 28 U.S.C. § 1332(a), as there is complete diversity between the parties, and there is more than $75,000 in controversy, exclusive of interests and costs.

19. Pursuant to 28 U.S.C. § 1441, this action is one which may be removed to this Court.

20. Pursuant to 28 U.S.C. § 1446(c)(1), the date for removal is not one year more than January 6, 2023 commencement of this action.

21. Pursuant to 28 U.S.C. § 1446(b)(2)(A), there are no other defendants who need consent to the removal of this action.

22. A true and correct copy of this Notice of Removal will be filed with the clerk for the Eighth Judicial District Court, Clark County, Nevada.

23. Pursuant to 28 U.S.C. § 1446, a true and correct copy of all process, pleadings, and orders served upon Defendant in the state court action are attached hereto. *See* Complaint, attached as Exhibit A; Affidavit of Service, attached as Exhibit B; Plaintiff's Request for Exemption of Arbitration, attached as Exhibit C; Plaintiff's Initial Appearance Fee Disclosure, attached as Exhibit D; Defendant's Answer, attached as Exhibit E; Defendant's Demand for Jury Trial, attached as Exhibit F; Defendant's Initial Appearance Fee Disclosure, attached as Exhibit G; Summons, attached as Exhibit H; Arbitration documentation (notices, strike list, discovery order,

1  appointment or arbitrator) attached as Exhibit I; Plaintiff's Initial NRCP 16.1(a) Disclosures,

2  attached as Exhibit J.

3

4

5

6

7

8  DATED this 14th day of November 2023.

9                                                   Respectfully Submitted,

10                                                  **BACKUS | BURDEN**

11                                                  By: /s/        Jack P. Burden
                                                    Jack P. Burden, Esq.
12                                                  Lisa Szyc, Esq.
                                                    Dallin Knecht, Esq.
13                                                  3050 South Durango Drive
                                                    Las Vegas, NV 89117
14                                                  Attorneys for Defendants
                                                    Best Buy Stores, LP
15                                                  Best Buy Co., Inc.

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I am a resident of and employed in Clark County, Nevada. I am over the age of 18 years and not a party to the within action. My business address is: 3050 South Durango Drive, Las Vegas, Nevada, 89117.

On ____November 17_____, 2023 I served this document on the parties listed on the attached service list via one or more of the methods of service described below as indicated next to the name of the served individual or entity by a checked box:

**VIA U.S. MAIL:** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada. I am "readily familiar" with the firm's practice of collection and processing correspondence by mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage fully prepaid at Las Vegas, Nevada in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

**VIA FACSIMILE:** by transmitting to a facsimile machine maintained by the attorney or the party who has filed a written consent for such manner of service.

**BY PERSONAL SERVICE:** by personally hand-delivering or causing to be hand delivered by such designated individual whose particular duties include delivery of such on behalf of the firm, addressed to the individual(s) listed, signed by such individual or his/her representative accepting on his/her behalf. A receipt of copy signed and dated by such an individual confirming delivery of the document will be maintained with the document and is attached.

**BY E-MAIL:** by transmitting a copy of the document in the format to be used for attachments to the electronic-mail address designated by the attorney or the party who has filed a written consent for such manner of service.

**BY ELECTRONIC MEANS:** by electronically filing and serving with the court's vendor.

| ATTORNEYS OF RECORD | PARTIES REPRESENTED | METHOD OF SERVICE |
|---|---|---|
| Heron Vasquez III, Esq.<br>2820 S. Jones Blvd., Unit #1<br>Las Vegas, NV 89146<br>T : 702.806.0910<br>F : 702.552.5352<br>HV3Law@HeronLV.com | Plaintiff | ☐ Personal service<br>☐ Email service<br>☐ Fax service<br>☐ Mail service<br>☒ Electronic Means |

I declare that under penalty of perjury under the laws of the State of Nevada that the above is true and correct. I further declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

　　　　　　　　　　　　　/s/　　　Anne Raymundo　　　　　　
　　　　　　　　　　　　An employee of **BACKUS | BURDEN**

**BACKUS | BURDEN**
3050 SOUTH DURANGO
LAS VEGAS, NEVADA 89117
TELE: (702) 872-5555   FAX: (702) 872-5545