```
Jack P. Burden, Esq.
Nevada State Bar No. 6918
Lisa Szyc, Esq.
Nevada State Bar No. 11726
Jacquelyn Franco, Esq.
Nevada State Bar No. 13484
```
**BACKUS | BURDEN**
3050 South Durango Drive
Las Vegas, NV 89117
T: (702) 872-5555
F: (702) 872-5545
jburden@backuslaw.com
lisaszyc@backuslaw.com
Jacquelynfranco@backuslaw.com
Attorneys for Defendants
Best Buy Stores, LP
and Best Buy Co., Inc

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALICE PRECIADO, an Individual,<br><br>                                   Plaintiff,<br><br>   vs.<br><br>BEST BUY STORES, L.P., a foreign limited partnership; Best Buy Co., Inc. dba Best Buy, a foreign corporation; DOES I through X, inclusive; ROE BUSINESS ENTITIES XI through XX, inclusive.,<br>                                   Defendants. | **2:23-cv-001879-GMN-NJK**<br><br>**MOTION TO REMOVE DALLIN KNECHT, ESQ. AS COUNSEL OF RECORD FOR DEFENDANTS BEST BUY STORES, LP and BEST BUY CO., INC.** |

**TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD**

   **PLEASE TAKE NOTICE** that Defendants Best Buy Stores, LP and Best Buy Co., Inc., "*BEST BUY"*, by and through its counsel of record, JACK P. BURDEN, ESQ., LISA SZYC, ESQ. and JACQUELYN FRANCO, ESQ. of BACKUS | BURDEN hereby provides notice that DALLIN KNECHT, ESQ. is no longer affiliated with the law firm of BACKUS | BURDEN and thus will no longer be associated as counsel of record for Defendants Best Buy Stores, LP and Best Buy Co. Inc. in this matter.

As such, Defendants *BEST BUY* respectfully move this Honorable Court for an Order removing DALLIN KNECHT, ESQ. as counsel of record in this matter with all parties to update their respective service lists, accordingly.

JACK P. BURDEN, ESQ., LISA SZYC, ESQ. and JACQUELYN FRANCO, ESQ. will continue to serve as counsel of record for Defendants *BEST BUY* n this action.

All items including, but not limited to, pleadings, papers, correspondence, documents, and future notices in this action shall continue to be directed to, and served on, JACK P. BURDEN, ESQ., LISA SZYC, ESQ. and JACQUELYN FRANCO,ESQ. as counsel of record for Defendants *BEST BUY*

DATED this 13th day of May, 2024.

                                            Respectfully Submitted,

                                            **BACKUS | BURDEN**

                                            By: /s/Jack P. Burden          +
                                            Jack P. Burden, Esq.
                                            Lisa Szyc, Esq.
                                            Jacquelyn Franco, Esq.
                                            3050 South Durango Drive
                                            Las Vegas, NV 89117
                                            Attorneys for Defendants
                                            Best Buy Stores, LP
                                            Best Buy Co., Inc.

IT IS SO ORDERED.
Dated:  May 14, 2024
.
.
_____
United States Magistrate Judge

2