# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALICE PRECIADO,<br><br>     Plaintiff(s),<br><br>v.<br><br>BEST BUY STORES, L.P., et al.,<br><br>     Defendant(s). | Case No. 2:23-cv-01879-GMN-NJK<br><br>**Order**<br><br>[Docket No. 16] |

Pending before the Court is a stipulation to extend case management deadlines. Docket No. 16. The Court hereby **SETS** a hearing on that stipulation for 1:00 p.m. on June 12, 2024, in Courtroom 3C.

IT IS SO ORDERED.

Dated: June 4, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

1