# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ALICE PRECIADO,

    Plaintiff(s),

v.

BEST BUY STORES, L.P., et al.,

    Defendant(s).

Case No. 2:23-cv-01879-GMN-NJK

**Order**

Due to conflicting duties of the Court, the settlement conference is **CONTINUED** in time only to 1:00 p.m. on January 28, 2025.

IT IS SO ORDERED.

Dated: January 22, 2025

                                    Nancy J. Koppe
                                    United States Magistrate Judge