1  **Heron Vasquez III, Esq.**
   Nevada State Bar No. 15666
2  HERON LAW PLLC
   2820 S. Jones Blvd., Unit 1
3  Las Vegas, NV 89146
   T: (702) 806-0910
4  F: (702) 552-5352
   HV3Law@HeronLV.com
5
   *Attorney for Plaintiff*
6
              **UNITED STATES DISTRICT COURT**
7                    **DISTRICT OF NEVADA**

8  ALICE PRECIADO, an individual,              Case Number:
                                                2-23-cv-001879-GMN-NJK
9              Plaintiff,

10 vs.                                          STIPULATION TO DISMISS
                                                WITH PREJUDICE
11 BEST BUY STORES, L.P., a foreign
   limited partnership; BEST BUY Co., Inc.
12 dba BEST BUY, a foreign corporation;
   DOES I through X, inclusive;
13 and ROE BUSINESS ENTITIES XI
   through XX, inclusive,
14
               Defendants.
15

16    Plaintiff, Alice Preciado, and Defendants, Best Buy Stores, L.P. and Best Buy

17 Co., by and through their undersigned counsel, hereby agree and stipulate, pursuant to

18 Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this entire action,

19 including all claims in Plaintiff's Complaint against all Defendants, is hereby dismissed

20

21

22

23

1

with prejudice as to future action, with the parties to bear their own respective costs, expenses, and attorneys' fees.

Respectfully submitted this 14th day of February 2025.

| /s/ Heron Vasquez III | /s/ Jack Burden |
|---|---|
| Heron Vasquez III, Esq. | Jack P. Burden, Esq. |
| Nevada Bar No. 15666 | Nevada Bar No. 6918 |
| 2820 S. Jones Blvd., Unit 1 | Lisa Szyc, Esq. |
| Las Vegas, NV 89146 | Nevada Bar No. 11726 |
| | Jacqueline M. Franco, Esq. |
| *Attorney for Plaintiff* | Nevada Bar No. 13484 |
| | 3050 S. Durango Dr. |
| | Las Vegas, NV 89117 |
| | *Attorneys for Defendants* |

## ORDER

Based on the parties' stipulation, **IT IS HEREBY ORDERED** that this case is dismissed with prejudice, with each party to bear its own costs and fees.

The Clerk of the Court is kindly instructed to close this case.

Dated this  26  day of February, 2025.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT